IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NICOLE TYNES** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No.: 1:23-cv-00319-RDB |
| **MAYOR AND CITY COUNCIL OF CITY OF BALTIMORE** | :  : | |
| **Defendant.** | : | |

### DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AND MOTION FOR CONSOLIDATION

The Mayor and City Council of Baltimore (referred to as the "Defendant" or "the City"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) hereby moves this Honorable Court to dismiss the Complaint against the City, or in the alternative hereby moves this Honorable Court to grant summary judgment in its favor in the above referenced case, with prejudice and without leave to amend, and moves for Consolidation pursuant to Fed. R. Civ. P. 42 and states as follows:

1. Plaintiff has alleged facts in her Complaint that fail to show and support a claim for which relief can be granted against the Defendant.

2. Plaintiff cannot establish a *prima facie* case of discrimination under the Rehabilitation Act of 1973, 29 U.S.C. §703 *et seq.* and summary judgment is therefore appropriate.

3. Plaintiff has already commenced an action currently pending with this honorable court under case number 1:22-cv-1452-ELH before the Honorable Ellen Lipton Hollander that involves the same/similar facts, allegations and requests for relief.

4. This new case filed under the within case number only serves to create unnecessary delay, undue burden and costs to this honorable court and unduly prejudices and serves to harass and create undue burden for the Defendant in preparing for, responding to and duplicating efforts in discovery, motions, witnesses and trial on substantially the same set of facts and allegations.

5. If this Court does not dismiss this matter with prejudice, or in the alternative grant summary judgment, it is respectfully requested the Court consolidate the two (2) matters under Fed. R. Civ. P. 42 which allows actions before the court which involve a common question of law or fact to be consolidated to avoid unnecessary cost or delay.

WHEREFORE, for the foregoing reasons and those more fully set forth in the accompanying memorandum of law that is incorporated herein, the Mayor and City Council of Baltimore respectfully requests that this Honorable Court enter an Order granting its Motion to Dismiss, or in the alternative, its Motion for Summary Judgment, or both to the extent deemed appropriate as related to the relief requested, with prejudice and without leave to amend, as well as its Motion for Consolidation.

Respectfully submitted,

Ebony Thompson
**CITY SOLICITOR**
**BALTIMORE CITY LAW DEPARTMEMT**
_____/s/_____
Eilene Brown, Esquire #15827
General Counsel, Baltimore City Fire Department
401 E. Fayette Street, Mezzanine
Baltimore, Maryland 21202
Telephone: 410-396-3078
Cell phone: 443-571-4623
eilene.brown@baltimorecity.gov
*Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE

      I HEREBY CERTIFY that on this 27th day of February, 2023 the foregoing Motion was filed in accordance with the Electronic Filing Requirements and Procedures as established by the U.S. District Court for the District of Maryland.

                                                                       _____/s/_____
                                                                      Eilene Brown #15827