*Nicole Tynes v. City of Baltimore, Maryland, et al.*
Case No.: 1:23-cv-00319-RDB
**DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT AND FOR CONSOLIDATION**

## LIST OF EXHIBITS

**EXHIBIT 1:** 2022 EEOC Notice of Charge, 6/17/2022

**EXHIBIT 2:** EEOC Notice of Rights, 11/7/2022

**EXHIBIT 3a:** 2018 EEOC Notice of Charge, 7/6/2018

**EXHIBIT 3b:** Amended 2018 EEOC Charge, 10/29/2020

**EXHIBIT 3c:** Second Amended 2018 EEOC Charge, 10/4/2021

**EXHIBIT 4:** CRC Findings No Probable Cause, 12/10/2021

**EXHIBIT 5:** EEOC Dismissal and Notice of Rights, 3/18/2022

**EXHIBIT 6:** 2016 EEOC Charge, 4/18/2016

**EXHIBIT 7:** 2016 Charge EEOC Dismissal and Notice of Rights

**EXHIBIT 8:** MCCR Finding – No Probable Cause 11/29/2016

**EXHIBIT 9:** 2022 MCCR Charge, dated 8/15/2022

**EXHIBIT 10:** BCFD Response

**EXHIBIT 11:** MCCR email

**EXHIBIT 12:** Expiration of Medical Notification, dated 9/2/21

**EXHIBIT 13:** Expiration of Medical Notification, dated 5/14/21

**EXHIBIT 14:** BCFD HR email chain with Plaintiff

**EXHIBIT 15:** PSI Visitation/Disposition, dated 8/31/21

**EXHIBIT 16:** PSI Visitation/Disposition, dated 9/1/21